# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| OPERATING ENGINEERS LOCAL 139 HEALTH BENEFIT FUND, WISCONSIN OPERATING ENGINEERS SKILL IMPROVEMENT AND APPRENTICESHIP FUND, JOINT LABOR MANAGEMENT WORK PRESERVATION FUND, TERRANCE E. MCGOWAN, and INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 139,<br><br>       Plaintiffs,<br>v.<br><br>RAWSON CONTRACTING LLC,<br><br>       Defendant. | Case No. 17-CV-550-JPS<br><br><br><br>**ORDER** |

On December 13, 2017, the parties filed a joint stipulation of dismissal of this action with prejudice, with each party to bear its own costs. (Docket #29). The Court will adopt the parties' stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #29) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice**, each party to bear its own costs.

Dated at Milwaukee, Wisconsin, this 14th day of December, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge